1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
3  JONATHAN SCHMIDT (CABSN 230646)
   Assistant United States Attorneys
4  450 Golden Gate Ave., 11th Floor
   San Francisco, CA 94102
5  (415) 436-6776 (tel)
   (415) 436-7234 (fax)
6  Jonathan.Schmidt@usdoj.gov

7
   Attorneys for Plaintiff
8  United States of America

9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14
                                        )   CR 10 -0005-MMC
15 UNITED STATES OF AMERICA,             )
                                        )
16     Plaintiff,                        )   STIPULATION And [Proposed] ORDER
                                        )   RE: Continuing Hearing Date
17 v.                                    )
                                        )
18 LAMBROS D. BALLAS,                    )
                                        )
19     Defendants                        )
                                        )
20 _____       )

21

22     The parties hereby stipulate to the following:

23     Currently there is a status or change of plea hearing in this case scheduled for February

24 24, 2010.  Defense counsel and the defendant are coming from New York for the hearing.  The

25 parties need more time to review discovery and resolve the case.  Accordingly the parties ask that

26 the hearing date be continued until March 10, 2010, at 2:30 p.m. and the Court continue to

27 exclude time between now and then because the time is needed fo effective preparation taking

28
   CR 10-0005 MMC
   STIPULATION And [Proposed] ORDER
                                        1

1  into account due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

                                                    Respectfully submitted

                                                    JOSEPH P. RUSSONIELLO
                                                    United States Attorney

Dated: February 22, 2010
                                                    _____/S/_____
                                                    JONATHAN SCHMIDT

Dated: February 22, 2010
                                                    _____/S/_____
                                                    HOWARD E. GREENBERG
                                                    Counsel for Lambros D. Ballas

              **IT IS SO ORDERED.**

Dated:  February 23, 2010                           _____
                                                    MAXINE M. CHESNEY
                                                    United States District t Court Judge

CR 10-0005 MMC
STIPULATION And [Proposed] ORDER

2